UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ANDREWS,<br>　　　　Petitioner,<br>　v.<br>STATE OF CALIFORNIA,<br>　　　　Respondent. | Case No. 18-cv-03163-JST (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner has not complied with the Court's order[1] to pay the filing fee or perfect his in forma pauperis ("IFP") application by the deadline. The IFP application is incomplete because petitioner failed to: (1) submit the proper form, (2) file a Certificate of Funds completed and signed by an authorized jail officer, and (3) file a jail trust account statement detailing transactions for the last six months. Accordingly, this federal habeas action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).

Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion must contain (1) payment for the filing fee of $5.00 or (2) a completed IFP

/ / /

/ / /

/ / /

/ / /

---

[1] On July 20, 2018, the copy of the Court's prior order it mailed to petitioner was returned as undeliverable, bearing the stamp, "Returned to Sender/No Longer In Custody." ECF No. 7. Because the Petitioner has not kept the Court apprised of his current address, as he is obligated to do, Civ. L.R. 3-11(a), the Court cannot be responsible for any failure on his part to receive the Court's prior order. In fact, his failure to provide a current address by itself is grounds for dismissal of this case without prejudice. Civ. L.R. 3-11(b).

application form. The Clerk shall terminate all motions, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

Dated: August 20, 2018

_____
JON S. TIGAR
United States District Judge